```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05593
   ELIZABETH A HERNANDEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8683

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/16/2006 and was confirmed 07/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
HOMEQ SERVICING           CURRENT MORTG         .00           .00          .00
HOMEQ SERVICING           MORTGAGE ARRE     2444.00           .00       780.00
COUNTRYWIDE HOME LOAN     CURRENT MORTG         .00           .00          .00
COUNTRYWIDE HOME LOAN     MORTGAGE ARRE     6552.00           .00      6552.00
WASHINGTON MUTUAL         SECURED NOT I         .00           .00          .00
ASSOC FOR FAMILY DENTIST  UNSEC W/INTER  NOT FILED            .00          .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED            .00          .00
NICOR GAS                 UNSEC W/INTER  NOT FILED            .00          .00
PORTILLOS HOT DOGS INC    UNSEC W/INTER  NOT FILED            .00          .00
DENNIS G KNIPP            DEBTOR ATTY      2,500.00                    2,500.00
TOM VAUGHN                TRUSTEE                                        511.95
DEBTOR REFUND             REFUND                                       2,956.05

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              13,300.00

PRIORITY                                          .00
SECURED                                      7,332.00
UNSECURED                                         .00
ADMINISTRATIVE                               2,500.00
TRUSTEE COMPENSATION                           511.95
DEBTOR REFUND                                2,956.05
                   --------------         --------------
TOTALS               13,300.00               13,300.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 05593 ELIZABETH A HERNANDEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                            /s/ Tom Vaughn  
Dated: 12/05/07                  _____  
                                            TOM VAUGHN  
                                            CHAPTER 13 TRUSTEE